IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO O. VALLE,<br><br>        Plaintiff.<br><br> vs.<br><br>SAN FRANCISCO COUNTY JAIL,<br><br>        Defendant. | No. C 12-01343 EJD (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION |

On March 16, 2012, Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983 and a motion for leave to proceed in forma pauperis, ("IFP"). On the same day, the Clerk sent Plaintiff a notice that his IFP Application is deficient for the following reasons: (1) he did not sign the application; (2) he did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official; and (3) he did not attach a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 2.) Plaintiff was advised to file a complete IFP application within thirty days of the notice to avoid dismissal of the action. (Id.) On April 18, 2012, Plaintiff filed an IFP motion which is deficient because he did not attach a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 4.)

1  In the interest of justice, the Court will grant Plaintiff an extension of time to file
2 the necessary document to complete his IFP application to proceed with this action.
3 Plaintiff shall submit the missing document **within thirty (30) days** of the date this order
4 is filed.  **Failure to file a response in accordance with this court order in the time**
5 **provided will result in the dismissal without prejudice of this action without further**
6 **notice to Plaintiff.**

8 DATED:     7/6/2012

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JULIO VALLE,

        Plaintiff,

  v.

SAN FRANCISCO COUNTY JAIL,

        Defendant.

Case Number: CV12-01343 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/6/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Julio O Valle 11683660
850 Bryant St. - CJ4
San Francisco, CA 94103

Dated: 7/6/2012

                                          Richard W. Wieking, Clerk
                                       /s/By: Elizabeth Garcia, Deputy Clerk