1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JULIO O. VALLE, | ) | No. C 12-01343 EJD (PR) |
| | ) | |
| Plaintiff. | ) | ORDER GRANTING REQUEST FOR |
| | ) | EXTENSION OF TIME TO FILE AN |
| vs. | ) | AMENDED COMPLAINT |
| | ) | |
| | ) | |
| SAN FRANCISCO COUNTY JAIL, | ) | |
| | ) | |
| _____Defendant. | ) | |
| _____ | ) | (Docket No. 9.) |

On March 16, 2012, Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983.  On

August 7, 2012, the Court dismissed the complaint because the allegations were

insufficient to state a claim.  (Docket No. 8.)  Plaintiff was given leave to amend the

complaint within twenty-eight (28) days of the date the order was filed.  Plaintiff has filed

a letter requesting more time to file an amended complaint.  (Docket No. 9.)

Good cause having been shown, Plaintiff's request is **GRANTED**.  Plaintiff shall

file an amended complaint using the court's form complaint **no later than September 25,**

**2012.**  The amended complaint must include the caption and civil case number used in

this order, the words "AMENDED COMPLAINT" on the first page and the case number

for this action, Case No. C 12-01343 EJD (PR).

**Failure to respond in accordance with this order by filing an amended**

1    **complaint will result in the dismissal of this action without prejudice and without**

2    **further notice to Plaintiff.**

3

4    DATED: _____8/31/2012_____    _____

5                                      EDWARD J. DAVILA
                                    United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


JULIO VALLE,

                Plaintiff,

  v.

SAN FRANCISCO COUNTY JAIL

                Defendant.

_____/

Case Number: CV12-01343 EJD

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 4, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Julio O Valle 11683660
850 Bryant St. - CJ4
San Francisco, CA 94103

Dated: September 4, 2012

                        Richard W. Wieking, Clerk
                        /S/ By: Elizabeth Garcia, Deputy Clerk