IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO O. VALLE,<br><br>        Plaintiff.<br><br> vs.<br><br>SAN FRANCISCO COUNTY JAIL,<br><br>        Defendant. | No. C 12-01343 EJD (PR)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br><br><br>(Docket No. 9.) |

On March 16, 2012, Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983. On August 7, 2012, the Court dismissed the complaint because the allegations were insufficient to state a claim. (Docket No. 8.) Plaintiff was given leave to amend the complaint within twenty-eight (28) days of the date the order was filed. Plaintiff has filed a letter requesting more time to file an amended complaint. (Docket No. 9.)

Good cause having been shown, Plaintiff's request is **GRANTED**. Plaintiff shall file an amended complaint using the court's form complaint **no later than September 25, 2012.** The amended complaint must include the caption and civil case number used in this order, the words "AMENDED COMPLAINT" on the first page and the case number for this action, Case No. C 12-01343 EJD (PR).

**Failure to respond in accordance with this order by filing an amended**

1  **complaint will result in the dismissal of this action without prejudice and without**
2  **further notice to Plaintiff.**
3
4  DATED: _____8/31/2012_____                    _____
5                                                                          EDWARD J. DAVILA
                                                                              United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JULIO VALLE,

          Plaintiff,

   v.

SAN FRANCISCO COUNTY JAIL

          Defendant.

Case Number: CV12-01343 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 4, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Julio O Valle 11683660
850 Bryant St. - CJ4
San Francisco, CA 94103

Dated: September 4, 2012

          Richard W. Wieking, Clerk
          /S/ By: Elizabeth Garcia, Deputy Clerk