**FILED**

NOV 29 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO O. VALLE,<br>　　　Plaintiff.<br>vs.<br>SAN FRANCISCO COUNTY JAIL,<br>　　　Defendant. | No. C 12-01343 EJD (PR)<br>ORDER OF DISMISSAL |

On March 16, 2012, Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 1) On August 7, 2012, the Court dismissed the complaint because the allegations were insufficient to state a claim. (Docket No. 8.) Plaintiff was given leave to amend the complaint. Plaintiff was subsequently given an extension of time to file the complaint. (Doc. No. 10.) The order granting the extension of time, sent to the San Francisco County Jail where Plaintiff was located, was returned to the court as undeliverable. (Doc. No. 11.)

As of the date of this order, Plaintiff has not filed a notice of change of address or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding pro se must promptly file a notice of change of address while an action is pending. See L.R. 3-11(a).

Order of Dismissal
01343Valle_LR13dismissal.wpd

1

1  The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the <u>pro</u>
2  <u>se</u> party by the Court has been returned to the Court as not deliverable, and (2) the Court
3  fails to receive within sixty days of this return a written communication from the <u>pro se</u>
4  party indicating a current address.  <u>See</u> L.R. 3-11(b).

5      More than sixty days have passed since the mail addressed to Plaintiff was
6  returned as undeliverable.  The Court has not received a notice from Plaintiff of a new
7  address.  Accordingly, the instant civil rights action is DISMISSED without prejudice
8  pursuant to Rule 3-11 of the Northern District Local Rules.

9      The Clerk shall terminate any pending motions.

10
11  DATED: _____11/28/12_____         _____
                                      EDWARD J. DAVILA
12                                    United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JULIO O. VALLE,

        Plaintiff,

v.

SAN FRANCISCO COUNTY JAIL,

        Defendant.

Case Number CV 12-01343 EJD (PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/29/12, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Julio O Valle**
11683660
850 Bryant St. - CJ4
San Francisco, CA 94103

DATED: 11/29/12

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk