FILED

NOV 29 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO O. VALLE, | No. C 12-01343 EJD (PR) |
| Plaintiff. | JUDGMENT |
| vs. | |
| SAN FRANCISCO COUNTY JAIL, | |
| Defendant. | |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to provide the Court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered.

The Clerk shall close the file.

DATED: 11/29/12

EDWARD J. DAVILA
United States District Judge

Judgment
01343Valle_LR13judgment.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JULIO O. VALLE,

        Plaintiff,

v.

SAN FRANCISCO COUNTY JAIL,

        Defendant.

Case Number CV 12-01343 EJD (PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on ____11/29/12____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Julio O Valle**
11683660
850 Bryant St. - CJ4
San Francisco, CA 94103

DATED: ____11/29/12____

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk